

**STILLMAN LEGAL, P.C**
—— www.FightForUrRights.com ——
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2023

March 7, 2023

**VIA ECF**
Hon Colleen McMahon
United States Magistrate Court
Southern District of New York

*[handwritten: O.K., Conference adjourned to 5/11/2023 @ 11:00 AM.]*

Re:     Acuna Senator Construction Group
        Civil Case No.: 1:22-CV-9151-CM

*[handwritten signature: Colleen McMahon]*
*3/8/2023*

Honorable Judge McMahon:

    Our office represents Plaintiff in the above-referenced matter. We write to respectfully seek an adjournment of the conference currently scheduled for March 9th at 11:30am. The reason for our request is that corporate Defendants have not appeared, and Plaintiff has yet to properly serve the individual defendant Usman Muhammad.

We thank the Court for its attention to this matter.

                                    Respectfully submitted,
                                    **STILLMAN LEGAL, P.C.**

                                    /s/Lina Stillman
                                    *Counsel for Plaintiff*