

**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023

MEMO ENDORSED

May 8, 2023

**VIA ECF**
Hon Colleen McMahon
United States Magistrate Court
Southern District of New York

*Conference adjourned.*
*Colleen M [signature]*
*5/8/2023*

Re:   Acuna Senator Construction Group
      Civil Case No.: 1:22-CV-9151-CM

Honorable Judge McMahon:

Our office represents Plaintiff in the above-referenced matter. We write to respectfully seek an adjournment of the conference currently scheduled for May 11th, at 11:00am. The reason for our request is that Defendants have not appeared, and Plaintiff intends to file a motion for default judgment.

We thank the Court for its attention to this matter.

Respectfully submitted,
**STILLMAN LEGAL, P.C.**

/s/Lina Stillman
*Counsel for Plaintiff*