UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hector Acuna,

                                      Plaintiff,

-against-

Senator Construction Group Inc., et al.,

                                    Defendants.



No. 22 Civ. 9151 (CM) (SN)

## ORDER

McMahon, J.:

The mystery behind why the plaintiff's motion for default judgment has not been attended to for two years turns out to be quite simple: the motion has never appeared on the List of Open Motions compiled for chambers by the Clerk of Court. The reason seems to be that, per the docket sheet, there was a filing deficiency with respect to Docket #39, First Motion for Default Judgment, and the Clerk of Court directed, on June 8, 2023, that the original motion be TERMINATED and that the Notice of Motion be refiled (see docket entry dated 6/08/2023, NOTICE TO ATTORNEY TO REFILE DOCUMENT. The nature of the filing error was that counsel filed all the supporting documents under Docket #39 along with the notice of motion, instead of filing them separately. Counsel refiled the supporting documents but never refiled the actual notice of motion, so the motion remained "terminated" by the Clerk and Chambers was unaware of its existence until – in response to an order issued on November 21, 2024 – counsel belatedly responded (on July 1, 2025) and called the motion to the court's attention. It is unfortunate that counsel neither made any inquiry in the intervening two year period nor responded in a timely manner to the court's inquiry of seven months ago, or this situation could have been corrected far sooner.

The Court directs the clerk of court to reinstate on the docket the Notice of Motion at Docket #39. The court grants the motion for entry of a default judgment. Counsel should submit a form of judgment for entry.

Dated: July 10, 2025

_____
U.S.D.J

BY ECF TO ALL COUNSEL