UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No. 1:22-cv-09151-CM
HECTOR ACUÑA, *individually and on behalf of
others similarly situated,*

~~PROPOSED~~ JUDGMENT

             Plaintiff,

      -against-

SENATOR CONSTRUCTION GROUP INC.
and USMAN MUHAMMAD *(Individually),*

           Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/25

WHEREAS, Plaintiff Hector Acuña ("Plaintiff") having filed a motion for default judgment against Defendants Senator Construction Group Inc. and Usman Muhammad (together, "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55.2(b); and

WHEREAS, the Court having granted Plaintiff's motion by Order dated July 10, 2025 (Dkt. No. 45); and

WHEREAS, the Court having found that Defendants were properly served, failed to appear or otherwise defend in this action, and that Plaintiff is entitled to judgment as a matter of law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **Judgment is entered in favor of Plaintiff Hector Acuña** and against Defendants Senator Construction Group Inc. and Usman Muhammad, jointly and severally, in the amount of **$43,464.37**, broken down as follows:
2.
   - **Unpaid Wages:** $12,863.50
   - **Liquidated Damages:** $12,863.50
   - **Wage Notice Damages (NYLL § 195(1)):** $5,000.00
   - **Wage Statement Damages (NYLL § 195(3)):** $5,000.00
   - **Prejudgment Interest:** $1,285.37
   - **Attorneys' Fees:** $5,450.00
   - **Costs:** $552.00

Case 1:22-cv-09151-CM    Document 47    Filed 07/17/25    Page 2 of 2

3. This judgment shall accrue **post-judgment interest** at the statutory rate pursuant to 28 U.S.C. § 1961.
4. The Clerk of Court is respectfully directed to **enter judgment accordingly** and **close this case**.

SO ORDERED.

Dated: ___7/17/___, 2025
New York, New York